JOHN S. LEONARDO
United States Attorney
District of Arizona
CHRISTINA M. VEJAR
Assistant U.S. Attorney
State Bar No. 024795
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christina.vejar@usdoj.gov
Attorneys for Plaintiff

✓FILED ___LODGED
___RECEIVED___COPY

2015 NOV 18 P 3:50

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Veronica Guadalupe Saldivar,<br><br>             Defendant. | CR15-2062TUC<br><br>I N D I C T M E N T<br><br>VIO: 21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Cocaine and Methamphetamine)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Cocaine)<br>Count 2<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 3<br><br>21 U.S.C. § 963<br>(Conspiracy to Import Cocaine and Methamphetamine)<br>Count 4<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(3)<br>(Importation of Cocaine)<br>Count 5<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(3)<br>(Importation of Methamphetamine)<br>Count 6 |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about October 22, 2015, at or near Nogales, in the District of Arizona, Veronica Guadalupe Saldivar did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 22, 2015, at or near Nogales, in the District of Arizona, Veronica Guadalupe Saldivar did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about October 22, 2015, at or near Nogales, in the District of Arizona, Veronica Guadalupe Saldivar did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

Beginning at a time unknown, to on or about October 22, 2015, at or near Nogales, in the District of Arizona, Veronica Guadalupe Saldivar did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

952(a), 960(a)(1) and 960(b)(3); and a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

All in violation of Title 21, United States Code, Section 963.

## COUNT 5

On or about October 22, 2015, at or near Nogales, in the District of Arizona, Veronica Guadalupe Saldivar did knowingly and intentionally import into the United States from the Republic of Mexico a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

## COUNT 6

On or about October 22, 2015, at or near Nogales, in the District of Arizona, Veronica Guadalupe Saldivar did knowingly and intentionally import into the United States from the Republic of Mexico a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

A TRUE BILL

/ S /

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

NOV 1 8 2015

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Veronica Guadalupe Saldivar*
*Indictment Page 3 of 3*