**DLF | Damianakos Law Firm, PLLC**
ATTORNEYS & COUNSELORS AT LAW

177 N. Church Ave., Suite 605
Tucson, Arizona 85701
Tel: (520) 222-8270
Fax: (520) 222-8274
Elias Damianakos, Esq.
Email: elias@damianakoslaw.com
State Bar No. 022850
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>VERONICA GUADALUPE SALDIVAR,<br><br>               Defendant. | CR15-2062 TUC JAS (CRP)<br><br>**DEFENDANT'S MOTION FOR COMPETENCY EXAMINATION**<br><br>(Pursuant to: 18 U.S.C. § 4241(a))<br><br>(No Hearing Required) |

      Undersigned counsel moves this court pursuant to 18 U.S.C. § 4241(a) for a psychological or psychiatric examination of the defendant, and states as follows:

1.     This request is based upon observations of undersigned counsel. The Defendant appears to have difficulty understanding what is happening in court and discussing aspects of the court proceedings.

2.     The Defendant has a documented history of mental health issues, and is connected with La Frontera. The Defendant takes numerous medications, both for psychological concerns and also for a multitude of physical ailments.

3.     Counsel for the Defendant is not professionally trained to effectively evaluate the aforementioned factors to conclusively determine whether the Defendant is

competent to stand trial without the specialized assistance of a qualified mental heath expert.

4.  Counsel for the Defendant has spoken generally with Dr. B. Robert Crago, Ph.D. regarding the above factors and has formed the opinion that a competency examination of the defendant is necessary to insure a fair and proper disposition of this cause.

5.  Counsel requests that the Court appoint Dr. B. Robert Crago, Ph.D., 5363 E. Pima St., Suite 100, Tucson, Arizona 85712, to perform the examination in this case. Dr. Crago is a licensed psychologist in the state of Arizona, and specializes in neuropsychology which will be particularly useful in this case. It will enable him to apprise the Court as to whether the Defendant suffers any mental disease of defect that is "organic" in nature. A copy of Dr. Crago's curriculum vitae is attached to this motion.

6.  The Defendant is not in custody.

Wherefore, undersigned counsel requests this Court find reasonable cause to order a competency examination of the Defendant, and appoint Dr. Crago to conduct the examination and prepare a report.

RESPECTFULLY SUBMITTED this 18th day of May, 2016

DAMIANAKOS LAW FIRM, PLLC.

By: /s/ *ELIAS DAMIANAKOS*

Elias Damianakos
Attorney for Defendant

Copy delivered electronically this date to:

Christina Vejar, Assistant United States Attorney