NEUROBEHAVIORAL HEALTH SERVICES          B. Robert Crago, Ph.D,          Clinical Director

5363 E. Pima iii Suite 100 m Tucson, Arizona 85712 ~ (520) 323-0062 ~ FAX: (520) 323-1336

# CURRICULUM VITA

## PERSONAL DATA

| | |
|---|---|
| Name: | Byrl Robert Crago, |
| Birth Date: | Ph.D. March 16, 1948 |
| Place of Birth: | Pittsburgh, Pa. |
| Office Address: | 5363 E. Pima Street, Suite 100 |
| | Tucson, Arizona 85712 |
| Office Phone #: | (520) 323-0062 |
| Fax#: | (520) 323-1336 |
| E-Mail: | robertcrago@msn.com |

## EDUCATION

B.S.

University of Pittsburgh, 1970
Major Area: Psychology
Minor Area: Mathematics

M.S.

University of Massachusetts, 1977

Thesis: A Study of Therapists' Attitudes Toward the Treatment of Seriously Suicidal Individuals

Ph.D.

University of Massachusetts, 1980

Thesis: A Method for Reducing Stress of Hospitalization for Open Heart Surgery

Page 2

**PROFESSIONAL** CERTIFICATES/LICENSES
Licensed Psychologist, State of Arizona, Certificate #866
National Registry of Health Care Service, Providers in Psychology, Certificate #30209
Senior Disability Analyst and Diplomate #2478-96, American Board of Disability Analysts
Biofeedback Certification Institute of America, Certificate #0298
American Academy of Pain Management- Diplomate #3937
Certified Quantitative EEG: Technologist #13
ASPPB Certificate of Professional Qualification Psychology, CPQ #2058
Senior Fellow of the Biofeedback Institute of America: Certificate #130298
Biofeedback Institute of America - EEG, Fellow: Certificate #1022

**PROFESSIONAL EXPERIENCE**

05/70-09/70 — Youth Developmental Counselor at Warrendale Youth Development Center, Pennsylvania, a state residential treatment facility for delinquent youth.

11/70-05/73 — Child care counselor at the New England Home for the Little Wanderers; Boston, Massachusetts, a residential treatment center for emotionally disturbed children.

02/74-09/77 — Supervised half-time clinical practicums. through the University of Massachusetts as part of graduate training in clinical psychology. Clinical practicums took place at the Northhampton Veterans Administration Hospital, Wing Memorial Hospital, University of Massachusetts, Psychological Services Center, Forest Park Junior High School, Springfield, Massachusetts, and Franklin County Mental Health Center, Greenfield, Massachusetts. Training experiences included clinical interview; psychological assessment and testing; individual, marital and group psychotherapy; staff consultations with inpatient psychiatric facilities, school personnel, families, state and public welfare organizations; case conferences; and in-service training.

09/77-08/78 — Internship in Clinical Psychology, University of Arizona, Health Sciences Center, College of Medicine, Department of Psychiatry, Tucson; Arizona. Adult and child individual, group, family and marital therapy cases; adult inpatient case management and therapy; consultation to the Department of Anesthesiology Pain Clinic and to the Department of Oncology; evaluations, psychological assessments and testing; neuropsychological testing.

06/79-06/80 — Second year internship in Clinical Psychology, University of Arizona, Health Sciences Center, College of Medicine, Department of Psychiatry, Tucson, Arizona. Supervised clinical experience in the area of pain management delivering services to the Department of Anesthesiology Pain Clinic.

Page 3

| | |
|---|---|
| 06/78--82 | Pain Clinic Counselor, Department of Anesthesiology, Arizona Health Sciences Center, Tucson Arizona. Psychological screening of Pain Clinic patients; consultation with medical staff as part of the a multi-disciplinary team to develop and implement psychological treatment programs for chronic pain; individual and group instruction in self-hypnosis, relaxation exercises, autogenics, biofeedback, and cognitive behavior of coping strategies; individual and group psychotherapy; participation in published research projects. |
| 06/82-1992 | Private practice; President of El Dorado Psychological Associates. Services provided include psychological assessment and testing, psychotherapy and biofeedback. Primary specialties were in the area of Behavioral Medicine and Applied Psychophysiology. |
| 09/90-' present | Current President, Neurobehavioral Health Services. Neurobehavioral Health Services offer a complete range of behavioral medicine services for a variety of problems including chronic pain conditions, fibromyalgia syndrome, chronic fatigue syndrome, chemical hyper reactivity (MCS), anxiety disorders, post traumatic stress disorders, sleep disorders, autistic spectrum disorders (ADD/ADHD, LD, Tourette's syndrome, Asperger's, etc.), epileptic spectrum disorders, traumatic brain injury, and a wide range of psychophysiological and stress related problems., Specialized biofeedback programs include SEMG (computerized surface electromyography) for neuromuscular re-education, neurofeedback and/or EEG biofeedback, the Interactive Metronome Program (exercises in motor planning and sequencing), and theThe Listening . Assessment services include psychological testing, neuropsychological testing, and quantitative EEG with neurometric analysis. |

## PAPERS AND PUBLICATIONS

1. Brown, B.R., Hammeroff, S., Crago, B.R.; The Network for Continuing Medical Education #326, Modifying Chronic Pain: Diagnosis and Treatment. Taping date July 25-26, 1979, Tucson, Arizona.

2. Crago, B.R., The Treatment of Chronic Pain: Patient - Therapist Viewpoints. In Proceedings of the Fifth International Conference on Human Functioning.' Biomedical Synergistics Institute, 1982, pp. 119-123.

3. Crago, B.R., Drain, C., and Herrick, K,S., Dealing with Chronic Pain. In Chronic Disease: Concepts and Applications. E. Baumens and S. Anderson (eds), C.V. Mosely Company, 1981, pp. 40-50.

4. Hameroff, S.R., Crago, B.R., Blitt, C.D., Womble,J., Kanel, K.S.: Comparison of Bupivacaine. Etidocaine. and Saline for Trigger Point Therapy. Anesthesia and Analgesia; 60,752-755,1981.

Page 5

## PROFESSIONAL AFFILIATIONS

American Pain Society
American Psychological Association
Arizona State Psychological Association
Southern Arizona Psychological Association (past President)
American Academy of Pain Management, Diplomate
Association for Applied Psychophysiology and Biofeedback
Biofeedback Society of Arizona, Fellow
International Society for Neurotherapy and Research, Diplomate; Examiner
Surface EMG Society of North America
Consulting Editor   Journal of Neurotherapy (Official Journal of the International Society for Neurotherapy and Research
Associate Fellow to the Program in Integrative Medicine, University of Arizona

## PROFESSIONAL REFERENCES

Michael Loes, M.D.
14861 N; Cave Creek Road, Phoenix, Arizona 85032

Gloria Bernat, Ph.D.
1200 N. El Dorado Place, Tucson, Arizona 85712

Elaine Nicholson, Ph.D.
2330 N. Rosemont Blvd, Tucson, Arizona 85712