**DLF | DAMIANAKOS LAW FIRM, PLLC**
ATTORNEYS & COUNSELORS AT LAW

177 N. Church Ave., Suite 605
Tucson, Arizona 85701
Tel: (520) 222-8270
Fax: (520) 222-8274
Elias Damianakos, Esq.
Email: elias@damianakoslaw.com
State Bar No. 022850
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | CR15-2062 TUC JAS (CRP) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S MOTION FOR COMPETENCY EXAMINATION** |
| VERONICA GUADALUPE SALDIVAR, | ) | (Pursuant to: 18 U.S.C. § 4241(a)) |
| Defendant. | ) | (No Hearing Required) |

Defendant having filed a Motion for Competency Examination pursuant to 18 U.S.C. § 4241(a) and reasonable cause appearing,

**IT IS ORDERED:**

1. The Defendant, Veronica Guadalupe Saldivar be evaluated by a licensed or certified psychiatrist or psychologist to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. Dr. B. Robert Crago, Ph.D. is appointed to conduct the evaluation.

3. **Defense counsel shall:**

  a. Promptly provide the psychologist or psychiatrist with a copy of the Motion for Competency Examination, this Order, and all relevant documents that may assist with evaluating the defendant's competency.

  b. Within a period **not to exceed four (4) weeks** from the date of this Order, arrange for an appointment for the Defendant for consultation at:

> 5363 E. Pima St., Suite 100,
> Tucson, Arizona 85712
> (520) 323-0062

If necessary, defense counsel or counsel's designee is authorized to transport the defendant to appointments authorized pursuant to this Order.

  c. Maintain contact with the psychologist or psychiatrist to ensure that the defendant's appointment takes place within the time period indicated in this Order.

  4. **Dr. B. Robert Crago shall:**

  (a) Within a period **not to exceed two (2) weeks from the date of the scheduled appointment**, submit a written evaluation pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c), by both U.S. Mail <u>and</u> email (or fax) to:

> • ORIGINAL Report via U.S. Mail to:
>
> U.S. District Court
> Chambers of U.S. Magistrate Judge Lynnette C Kimmins
> 405 W. Congress Street, Suite 5660
> Tucson, Arizona 85701;
>
> • COPY of Report
>
> via email kimmins_chambers@azd.uscourts.gov

  (b) Not exceed $2,400.00 for the total costs of services, including allowable expenses, without further order of the Court, as the Court finds the cost guidelines in 18 U.S.C. § 3006A(e)(3) are reasonable for this examination.  Payment of services exceeding this amount will require approval by the U.S. District Court Judge assigned to this case.

     (c)    Fax or mail the invoice, a copy of the requesting Motion, and this signed Order to the address listed below in order to receive payment:

> United States Attorney's Office
> Attn: Finance/Budget Department
> Two Renaissance Square
> 40 North Central Avenue, Suite 1200
> Phoenix  AZ  85004-4408
> Telephone:   606-514-7500
> *via facsimile*: 602-514-7662

6.    **The government shall:**

    a.    Promptly provide the psychologist or psychiatrist with all relevant documents, including case reports disclosed to the defense, the defendant's criminal history, and other known mental health examinations or medical records in the government's possession. The government is authorized to disclose any federal presentence investigation report(s) (PSRs) for the defendant. Any disclosed PSR shall be used solely for the purpose of this examination.

    b.    Pay the costs of the evaluation, pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter Ill, Section 3.11.

7.    All proceedings relating to this defendant in the above-captioned case are stayed pending further order of the Court. Excludable delay under 18 U.S.C. § 3161(h)(1)(A) is found to commence on ☐, and end upon the Court's determination that the defendant is competent. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

8.    **This matter is set for a status conference on** *[date 7 weeks from order]*.

9.    **Both parties** shall, by ☐*[date 1 week before status hearing]*, inform U.S. Magistrate Judge Kimmins via email or telephone, if they have not yet received the doctor's report.

DATED this _____ day of May, 2016.

> _____
> Lynnette C. Kimmins
> United States Magistrate Judge