1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9   United States of America, | No. CR-15-02062-001-TUC-JAS (LCK) |
| 10          Plaintiff, | **ORDER** |
| 11   v. | |
| 12   Veronica Guadalupe Saldivar, | |
| 13          Defendant. | |
| 14 | |

15       Defendant having filed a Motion for Competency Examination (Doc. 28), pursuant
16   to, 18 U.S.C. § 4241(a) and good cause appearing;

17       **IT IS ORDERED:**

18       1. The defendant, Veronica Guadalupe Saldivar be evaluated by a licensed or
19          certified psychiatrist or psychologist to determine whether the defendant is
20          presently suffering from mental disease or defect rendering him mentally
21          incompetent to the extent that he is unable to understand the nature and
22          consequences of the proceedings against him or to assist properly in his
23          defense.

24       2. Dr. B. Robert Crago, Ph.D. is appointed to conduct the evaluation.

25       3. **Defense counsel shall:**

26          a. promptly provide the psychologist or psychiatrist with a copy of the
27          Motion for Competency Examination, this Order, and all relevant
28          documents that may assist with evaluating the defendant's competency.

b. **The United States Marshal Service**, within a **period not to exceed four (4) weeks from the date of this Order**, shall arrange for an appointment and transport  the defendant for an appointment and transport the defendant for consultation to:

5363 E. Pima St., Suite 100
Tucson, AZ 85712
(520) 323-0062

If necessary, defense counsel or counsel's designee is authorized to transport the defendant to appointments authorized pursuant to this Order.

c. Maintain contact with the psychologist or psychiatrist to ensure that the defendant's appointment takes place within the time period indicated in this Order

4. **Dr. B. Robert Crago shall:**

a) Within a period not to exceed two (2) weeks from the date of the scheduled appointment, submit a written evaluation pursuant to 18 U.S.C. § 4241(b) and 4247(b) and (c), by both U. S. Mail and email (or fax) to:

- ORIGINAL Report via U.S. Mail to:
  U.S. District Court
  Chambers of U.S. District Judge James A. Soto
  405 W. Congress Street, Suite 6160
  Tucson, AZ 85701

- COPY of Report
  Via email to soto_chambers@azd.uscourts.gov
        or
  Facsimile (520) 205-4519

b) Not exceed $2,400.00 for the total costs of services including allowable expenses, without further order of the Court, as the Court finds the cost guidelines in 18 U.S.C. § 3006A(e)(3) are reasonable for this examination.  Payment of services exceeding this amount will require prior approval by the U.S. District Court Judge assigned to this case.

c) Fax or mail the invoice, a copy of the requesting Motion, and this signed Order to the address listed below in order to receive payment:

United States Attorney's Office
Attn: Finance/Budget Department
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ  85004-4408
Telephone:   602-514-7500
*via facsimile*: 602-514-7662

Pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter Ill, Section 3.11., the U.S. Department of Justice shall pay the costs of the evaluation.

5. **Defense counsel shall:**

a) Promptly provide the psychologist or psychiatrist with a copy of the Motion for Competency Examination, this Order, and all relevant documents that may assist with evaluating the defendant's competency.

b) Maintain contact with both the psychologist or psychiatrist, and the U.S.  Marshal Service, to ensure that the defendant's appointment has been scheduled within the time period indicated in this Order.

6. **The government shall:**

a) Promptly provide the psychologist or psychiatrist with all relevant documents, including case reports disclosed to the defense, the defendant's criminal history, and other known mental health examinations or medical records  in  the  government's  possession. The government is authorized to disclose any    federal   presentence investigation report(s) (PSRs) for the defendant.  Any  disclosed PSR shall be used solely for the purpose of this examination.

b) Pay the costs of the evaluation, pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter Ill, Section 3.11.

7. All proceedings relating to this defendant in the above-captioned case are stayed pending further order of the Court. Excludable delay under 18 U.S.C. §3161(h)(1)(A) is found to commence on May 25, 2016 and upon the Court's determination that the defendant is competent.  Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial

8. This matter is set for status conference on July 28, 2016 at 11:30 a.m.

9. Both parties shall, by July 20, 2016, inform U.S. District Judge James A. Soto via email or telephone, if they have not yet received the report of the psychologist.

The Clerk of the U.S. District Court shall furnish copy of this Order to the U.S. Marshal Service forthwith.

Dated this 25th day of May, 2016.


Honorable James A. Soto
United States District Judge

- 4 -