**DLF** DAMIANAKOS LAW FIRM, PLLC
ATTORNEYS & COUNSELORS AT LAW

177 N. Church Ave., Suite 605
Tucson, Arizona 85701
Tel: (520) 222-8270
Fax: (520) 222-8274
Elias Damianakos, Esq.
Email: elias@damianakoslaw.com
State Bar No. 022850
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR15-2062 TUC JAS (LCK) |
| ) | |
| Plaintiff, ) | **DEFENDANT'S SECOND MOTION FOR** |
| vs. ) | **COMPETENCY EXAMINATION** |
| ) | |
| VERONICA GUADALUPE ) | (Pursuant to: 18 U.S.C. § 4241(a)) |
| SALDIVAR, ) | |
| Defendant. ) | (No Hearing Required) |
| ) | |

Undersigned counsel moves this court pursuant to 18 U.S.C. § 4241(a) for a psychological or psychiatric examination of the defendant, and states as follows:

1. This request is based upon observations of undersigned counsel. The Defendant appears to have difficulty understanding what is happening in court and discussing aspects of the court proceedings.

2. The Defendant has a documented history of mental health issues, and is connected with La Frontera. The Defendant takes numerous medications, both for psychological concerns and also for a multitude of physical ailments.

3. On June 20, 2016, a competency evaluation was conducted on the Defendant by Dr. B. Robert Crago. The evaluation concluded that Ms. Saldivar was competent at that time, but noted her complex history of medical and mental problems.

4. In January, 2017, Ms. Saldivar's medical conditions worsened to the point that she has difficulty communicating and staying awake while communicating. Except for going to medical appointments, Ms. Saldivar is essentially immobile. It is undersigned counsel's opinion that Ms. Saldivar is not currently in, nor is she expected at any foreseeable time in the future, to be in a physical condition that will allow her to assist counsel in her own defense. However, counsel for the Defendant is not professionally trained to effectively evaluate the aforementioned factors to conclusively determine whether the Defendant is competent to stand trial without the specialized assistance of a qualified mental heath expert.

5. Counsel requests that the Court appoint Dr. Marisa Menchola, Ph.D., Clinical Neuropsychologist, Neuropsychological Assessment & Consulting, PLC 430 N. Tucson Blvd., Tucson, Arizona 85716, to perform the examination in this case. Dr. Menchola is a licensed psychologist in the state of Arizona, and specializes in neuropsychology which will be particularly useful in this case. It will enable her to apprise the Court as to whether the Defendant suffers any mental disease of defect that is "organic" in nature. A copy of Dr. Menchola's curriculum vitae is attached to this motion.

6. The Defendant is not in custody.

Wherefore, undersigned counsel requests this Court find reasonable cause to order a competency examination of the Defendant, and appoint Dr. Menchola to conduct the examination and prepare a report.

RESPECTFULLY SUBMITTED this 5th day of April, 2017

                DAMIANAKOS LAW FIRM, PLLC.

                By: /s/ *ELIAS DAMIANAKOS*

                Elias Damianakos
                Attorney for Defendant

Copy delivered electronically this date to:

Christina Vejar, Assistant United States Attorney