**DISTRICT JUDGE'S MINUTES**
**UNITED STATES DISTRICT COURT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** April 12, 2017 |
| **USA v. Veronica Guadalupe Saldivar** | **Case Number:** CR-15-02062-001-TUC-JAS (LCK) |

**U.S. Attorney:** Christina Vejar
**Attorney for Defendant:** Elias Damianakos, CJA
**Interpreter:** N/A
**Defendant:**  ☒Present   ☐ Not Present   ☒Released   ☐ Custody  ☐ Summons  ☐ Writ

**MOTION HEARING:**

With no objection from the Government, Court grants Motion to Continue Trial and Plea Deadline (docket entry #55). Jury Trial presently set for 6/13/2017 is continued to 8/22/2017 at 9:00am. Anticipated length of trial is 3 days. Plea deadline is set for 8/4/2017. Court further sets a Pretrial Conference for 8/17/2017 at 1:30pm.

Defense counsel addresses the Court regarding his second Motion for Competency Examination (docket entry #56) and requests that the evaluation be conducted in Spanish.

Good cause appearing that a second competency examination is needed, Court grants Motion. Court sets a status hearing for 7/13/2017 at 1:30pm. Order for Exam to follow.

| | |
|---|---|
| | **Time: 12 minutes** |
| Recorded by Cindy Shearman | **Start:** 10:56am |
| BY: Tiffany Dame, Deputy Clerk | **Stop:** 11:08am |