# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-02062-001-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Veronica Guadalupe Saldivar, | |
| Defendant. | |

Upon Motion to Modify Conditions of Release (Doc. 62) filed by Defendant and there being no objections by the Government or Pretrial Services;

IT IS ORDERED the Motion is GRANTED.

IT IS FURTHER ORDERED the Defendant is granted permission to travel to Nogales, Sonora, Mexico on May 9, 2017, and return the same day.

IT IS FURTHER ORDERED Defendant is to contact Pretrial Services upon her return to the District of Arizona.

Dated this 1st day of May, 2017.

Honorable Lynnette C. Kimmins
United States Magistrate Judge